# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

LISA RYAN MURPHY, ADC # 760343; *et al.*                                    PLAINTIFFS

v.                              No. 1:15CV00033-JLH-JJV

BANKS, Warden, Grimes Unit, ADC; *et al.*                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.   The Clerk of Court shall alter the docket to reflect that Defendant "Hier" is appropriately "Joseph Heier" and the Clerk shall add Defendant "Hobbs."

2.   Defendants Banks, Richardson, Parker, Thomas, Dickerson, Erins, Macanallie, Harmon, James, Jones, Allen, Dykes, Cox, Clara Robinson, Jennifer Martin, Chris Budnik, Drawst, Linda Dixon, Maurice Culclager, Danielle Heier, Irvine, Fisk, Andrea Weekly, Worsham, Nunley, Crystal Reid, G. Stinnett, C. Engler, Andrew Guffey, Wendy Kelley, Marvin Evans, Bates, Darryl Bryant, Gay, Hobbs, and Marvin Pope are DISMISSED for failure to state a claim upon which relief may be granted.

3.   The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 18th day of August, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE