**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

LISA RYAN MURPHY,  PLAINTIFFS
ADC # 760343; *et al.*

v.  No. 1:15CV00033-JLH-JJV

BANKS, Warden,
Grimes Unit, ADC; *et al.*  DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. No. 75) is GRANTED.

2. Plaintiffs' claims against Defendants Faust, Joseph Heier, Ming, West, and Case are DISMISSED without prejudice for failure to exhaust administrative remedies.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 22nd day of September, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE