**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

LISA RYAN MURPHY,                                                                    PLAINTIFFS
ADC # 760343; *et al.*

v.                                              No. 1:15CV00033-JLH-JJV

BANKS, Warden,
Grimes Unit, ADC; *et al.*                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED without prejudice.  The Court certifies, pursuant to

28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding

Order would not be taken in good faith.

SO ORDERED this 22nd day of September, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE